JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGOB KIRKORIAN, et al.,<br><br>Defendants. | Case No. CV 24-00641 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Agob Kirkorian, individually and d/b/a Vale Lounge, and Vale Lounge, Inc., an unknown business entity d/b/a Vale Lounge, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Agob Kirkorian, individually and d/b/a Vale Lounge, and Vale Lounge, Inc., an unknown business entity d/b/a Vale Lounge, as follows:

(a) defendants Agob Kirkorian, individually and d/b/a Vale Lounge, and

1 | Vale Lounge, Inc., an unknown business entity d/b/a Vale Lounge, shall pay the
2 | plaintiff, G & G Closed Circuit Events, LLC, $1,700.00 in total damages plus
3 | attorneys' fees in the amount of $370.00 plus costs.
4 |
5 |     IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
6 | mail or by telefax or by email, copies of this Judgment on counsel for the
7 | defendants, or the pro se defendants in this matter.
8 |
9 |
10 | Dated: December 30, 2024

William Keller
United States District Judge